UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-60654-BLOOM/Valle

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,

v.

RASIER (FL), LLC, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

Pursuant to this Court's Omnibus Order **GRANTING** Plaintiff Progressive Express Insurance Company's Motion for Partial Summary Judgment, **ECF No. [48]**, and **DENYING** Defendant Christopher Bernadel's Motion for Judgment on the Pleadings, **ECF No. [42]**, the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff.

2. The Clerk of Court shall **CLOSE** this case.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 8, 2024.

                                                                             _____
                                                                             **BETH BLOOM**
                                                                             **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record